| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____  Chapter  **11** | |
| | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Regions Property Management & Construction, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Mouldings Plus** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-2383474** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1499 SW 30th Ave, Ste 6**<br>**Boynton Beach, FL 33426-9010**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Regions Property Management & Construction, Inc.**     Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Regions Property Management & Construction, Inc.**  Case number (*if known*) _____
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
          Contact name   _____
          Phone          _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49               ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **Regions Property Management & Construction, Inc.**    Case number (*if known*)
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor **Regions Property Management & Construction, Inc.**    Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 12, 2025**
              MM / DD / YYYY

**X /s/ Robert B Going**    **Robert B Going**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Brian K. McMahon**    Date **April 12, 2025**
Signature of attorney for debtor         MM / DD / YYYY

**Brian K. McMahon 853704**
Printed name

**Brian K. McMahon, PA**
Firm name

**1401 Forum Way**
**Suite 730**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone  **561-478-2500**    Email address  **briankmcmahon@gmail.com**

**853704 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Regions Property Management & Construction, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** 9550 Regency Square Blvd, Suite 501 Jacksonville, FL 32225 | | Credit card purchases 3 accts | | | | $49,263.00 |
| **Bob Deck Manufacturing** 7007 N Waterway Drive Miami, FL 33155 | | material | | | | $10,942.00 |
| **Chase Cardmember Service** POB 15548 Wilmington, DE 19886-5548 | | Credit card purchases | | | | $26,666.00 |
| **Dyke** 10500 NW 95th Ave Medley, FL 33178 | | material | | | | $37,885.00 |
| **EWD** 2000 NW 95th Ave Miami, FL 33172 | | material | | | | $13,640.00 |
| **Flash Funding Services** 112 W 34th St, 18th FL New York, NY 10120 | | 2 loans 2nd acct # 7115683 | | | | $199,000.00 |
| **Florida Department of Revenue** 2468 Metrocenter Blvd West Palm Beach, FL 33407-3105 | | sales tax | | | | $60,000.00 |
| **Foward Financing** 53 State Street, 20th FL Boston, MA 02109 | | loan | | | | $69,921.00 |

| Debtor | **Regions Property Management & Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FPG Wholesale**<br>7190 Coral Way<br>Miami, FL 33155 | | material | | | | $3,969.00 |
| **JMD**<br>510 Goolsby Blvd<br>Deerfield Beach, FL 33442 | | material | | | | $23,567.00 |
| **Logan**<br>PO Box 14327<br>Saint Paul, MN 55114 | | material | | | | $8,058.48 |
| **Millwork 360**<br>12941 Memorial Hwy<br>Tampa, FL 33635 | | material | | | | $19,251.00 |
| **ODK Capital**<br>4700 W Daybreak Pkwy, Suite 200<br>South Jordan, UT 84011 | | loan | | | | $78,746.00 |
| **Small Business Administration**<br>51 SW 1st Ave, Suite 201<br>Miami, FL 33130 | | inventory | | $329,000.00 | $97,500.00 | $231,500.00 |
| **South State Bank**<br>909 SE 5th Ave<br>Delray Beach, FL 33483 | | Credit card purchases | | | | $25,636.00 |
| **TruStile**<br>PO box 208698<br>Dallas, TX 75320-8968 | | material | | | | $23,847.00 |
| **US Lumber**<br>2160 Satellite Blvd, #450<br>Duluth, GA 30097 | | material | | | | $51,789.00 |
| **Waremac LLC**<br>7190 Coral Way<br>Miami, FL 33155 | | past rent | | | | $3,969.00 |
| **Woodgrain**<br>300 NW 16th St<br>Fruitland, ID 83619 | | material | | | | $41,529.13 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

```
American Express
9550 Regency Square Blvd, Suite 501
Jacksonville, FL 32225


Bob Deck Manufacturing
7007 N Waterway Drive
Miami, FL 33155


Chase
Cardmember Service
POB 15548
Wilmington, DE 19886-5548


Dyke
10500 NW 95th Ave
Medley, FL 33178


EWD
2000 NW 95th Ave
Miami, FL 33172


Flash Funding Services
112 W 34th St, 18th FL
New York, NY 10120


Florida Department of Revenue
2468 Metrocenter Blvd
West Palm Beach, FL 33407-3105


Foward Financing
53 State Street, 20th FL
Boston, MA 02109


FPG Wholesale
7190 Coral Way
Miami, FL 33155


JMD
510 Goolsby Blvd
Deerfield Beach, FL 33442


Kathryn Leonard
1218 Barnstaple Cir
Wellington, FL 33414
```

```
Logan
PO Box 14327
Saint Paul, MN 55114


Millwork 360
12941 Memorial Hwy
Tampa, FL 33635


ODK Capital
4700 W Daybreak Pkwy, Suite 200
South Jordan, UT 84011


Robert A. Dehling`
104 Sausalito Dr
Boynton Beach, FL 33436


Robert Going
2651 Bahia Rd
West Palm Beach, FL 33406


Small Business Administration
51 SW 1st Ave, Suite 201
Miami, FL 33130


South State Bank
909 SE 5th Ave
Delray Beach, FL 33483


TruStile
PO box 208698
Dallas, TX 75320-8968


Unifi Equipment Finance
PO Box 1689
Ann Arbor, MI 48108


US Lumber
2160 Satellite Blvd, #450
Duluth, GA 30097


Waremac LLC
7190 Coral Way
Miami, FL 33155
```

```
Woodgrain
300 NW 16th St
Fruitland, ID 83619
```